UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:21-CR-64 |
| | ) | |
| DANIEL URQUIZA | ) | |

**CONSENT TO RULE 11 PLEA IN A FELONY CASE
BEFORE A UNITED STATES MAGISTRATE JUDGE**

    I have been advised of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to entering my plea before a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

Dated: 6/10/2021

_____  _____
Defendant                         Attorney for Defendant

    The undersigned, on behalf of the United States of America, consents to the Defendant's entry of a plea before a United States Magistrate Judge.

_____
Assistant United States Attorney