December 3, 2021

Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

Dear Chief Judge DeGuilo:

I am deeply ashamed to be writing this letter. There is nothing in my family background, my upbringing, my education or my work that would have led to or predicted this outcome for my life and career. I have disgraced my family's name. When this case started I was not even able to look my dear mother in the eye. And I have shed many tears thinking of what my father would have thought of me if he were still alive, not to mention my lovely and devoted wife, Orinta And I can't imagine being forced to leave my six year old daughter, Emelia, who is everything to me. The heartache has been unbearable. But I know I only have myself to blame.

We are a family of immigrants who have been blessed to live the American dream. My father came here to this country from Argentina and settled in Chicago. My mother is of Polish decent, but due to the war was born in Italy and raised in Argentina and came to this country by way of Pittsburgh. I was raised in a very respectful hard-working very strongly family orientated upbringing. I am blessed with a beautiful wife and a beautiful daughter, and I support and care for them very, very much. My father passed away three years ago, and my mother is a cancer survivor and I care for her on a daily basis. I spend every spare minute of every single day with my daughter. We read books, play sports and games together, and I try to be part of her daily routine as much as possible. I take her to and pick her up from school every day. She is the world to me. I am heartbroken that I have put myself in this position.

I was so stupid. I have agonized over and over in my mind, how I could be so stupid, how I got myself and my family into this mess. And looking back I think I understand it. My businesses were doing well. I had left the shadow of my family's restaurant and banquet hall and I had made something of myself all on my own. I was so proud. I now see that I was too proud. I started spending money and living a lifestyle, not of a hard-working immigrant, but of a hot shot. I lost humility. I wanted to show everyone how successful I was and because the businesses were doing so well, I just started using the company bank accounts to pay for personal expenses. I was stupid not to make sure that I tracked all that personal spending and reported it on my tax returns. I just stupidly chose to ignore it. And now I dread the prospect of being taken away from my sweet little daughter and my beautiful wife who has been so supportive of me.

But for the death of my humble father who was my hero and guiding light all my life, this has been the most painful time of my life. The shame of having to tell my family what I did, that I committed a crime, has been more painful than any other punishment I can imagine. Ever since this nightmare began I have lost weight. I have not been able to sleep. I wake up in the middle of

the night all the time with fear and anxiety that never goes away. And all these sleepless nights have been made so much worse because of the tinnitus I now have and the constant ringing in my ears and in my head that never goes away. I wish I could find the words to explain how tortuous the nighttime has been for me.

The only way I have been able to get through the last year or so is by the amazing grace and enormous strength of my wife, Orinta. She has been my rock. Of course, she was livid when she found out what I had done and that I put our happy family life and the future of our daughter in jeopardy. But as the days and weeks and months passed she, like my mother, has forgiven me. And I am most grateful for that. I apologized to her and my entire family a thousand times and I have promised her, what I sincerely promise Your Honor: I will never, ever do anything again to violate the laws of this country which has given so much to my entire family.

Your Honor, Judge DeGuilio, I assure you that I have learned a very painful lesson. Despite what I did, I have always tried to be a good father, neighbor, and member of my community. I know you have the duty to a pass sentence on me. Although I fear imprisonment, I worry far more about how my actions have already impacted my loved ones, especially my wife and daughter. I know I have let down my family, my friends, but none of them have a deeper sense of disappointment in me than I have in myself. That's why when Emilia is old enough to understand, I will use my fall for grace to teach her that from my shameful example she must learn to always do right and lead a straight and narrow life. I promise Your Honor and everyone who has supported me through this ordeal that I will strive for the rest of my life to stay true to the lesson and ideals my father instilled in his children, the lessons of hard work, of honesty, integrity, charity and humility. I will continue do everything in my power to help make this world a better place for others in any way that I can.

Sincerely,

Daniel Urquiza