December 6, 2021

Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

Dear Chief Judge DeGuilo:

    I am writing to you, with the greatest respect, hoping for you to better understand my husband, Daniel Urquiza. Dan is a wonderful person. He is the best husband any woman can hope for. And he is an amazing father. His heart bursts with love and joy for our daughter Emilia. He is so warm and kind and bighearted. Not just to me and our daughter, but with everyone he meets. He always goes out of his way to help anyone he can. And he works hard to take care of his family, including his mother. He is a perfect role model for our daughter, showing her what it means to be a good person to everyone and how to be good person to your parents. Emilia sees how Dan takes care of his mother every day. I am so lucky that I found Dan.

    Your Honor, I have been praying every day that you show mercy on Dan and our family. I don't know what we would do without him. I don't know what his mother will do without him. This has been so hard on all of us. The worry has been just like when his father was sick and dying. Dan has not slept through the night even once since this whole case started. He has tossed and turned and feels so much guilt and shame. We have cried ourselves to sleep so many times. He feels so much shame and says that he has ruined the good name of his family. I keep telling him that is not true, that everyone who knows him knows that he is such a good person and that everyone makes mistakes. With his tears he has told me a thousand times how sorry he is that he has caused us so much worrying. Judge, sir, I don't know what I will do without him. But I look forward to when this is behind us and Dan can again be the happy go lucky person he was everyday since the day I met him. I know that we will live happily every after because no matter what happens with this case, he will always be the best husband and the best father anyone can hope for.

Sincerely,

Orinta Urquiza