10.29.21

Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

Dear Chief Judge DeGuilo,

My name is Elizabeth Urquiza, and I am Daniel Urquiza's mother.


I will be turning 76 years old in January. My husband and I purchased Meyers Castle over 35 years ago and have been running an upscale wedding venue ever since. Unfortunately, my husband passed away three years ago.

I have three children- all boys. All have been great to me, and I share a special bond with all three of my sons. However, during my husband's illness it was Danny who was there every step of the way. He was my husband's best friend. We were all devastated by my husbands passing but Danny took it the hardest. Throughout the grieving period, Danny was there for me 24/7 and to this day he still is. He filled my husbands' shoes in every aspect possible from assisting me with everyday needs to running our family business.

I am a cancer survivor and have been dealing with a few other health issues. I am currently scheduled for a full knee replacement surgery November 18th. Since I am unable to drive, Danny takes me to all my doctor appointments, does my grocery shopping, and of course helps me run our family business every single day. He is my main caretaker, protector, and best friend.

Danny has also blessed me with my beautiful granddaughter, Emilia. Emilia loves her dad so much and I love hearing the stories she shares of him and all the special things they do together. She is truly a "Daddy's girl". Throughout this case, Danny's main concern is Emilia. His whole world revolves around her, and he would do absolutely anything for her.

I ask that you please think about myself and Emilia- and know how important Danny is to us. I honestly am not sure what I would do without him – he is my special angel.

Sincerely,

*Elizabeth Urquiza*

Elizabeth Urquiza
1370 Joliet St.
Dyer, IN 46311
219.865.8452