Hon: Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601


Re: Daniel Urquiza

Dear Chief Judge DeGuilo,

My name is John Paul Urquiza. I am 42 years old and have known Daniel my entire life as he is my older brother.

Ever since I was a child, Daniel constantly showed that he had a huge heart with a tremendous amount of love for his family and others. He has always provided the guidance and help that a younger brother like me needed from his older brother when growing up. He is the best brother that a younger bother could hope to have.

Before our father passed in 2018, Daniel did everything he possibly could to spend every moment he had left with our father when he was sick. Daniel would stay all day, and sleep nearly every night at the hospital, not only to make sure to the best of his ability that any information needed was correctly relayed so that there would be less chance of confusion or mishaps with our father, but more importantly, to always be there in case dad woke up, so that our father would never have to be alone in the hospital room.  Many times with little notice, Daniel would have to drive our father long distances to different states for medical attention as flying was very hard on dad at that stage. Daniel put all of the responsibility and accompanying stress of our fathers situation upon himself, and carried it then, and continues to carry it now, by helping our mother every day with all and any of her needed tasks, both big and little.

Our mother does not drive, and has trouble walking. She is completely dependent upon Daniel, as he's the only one that drives her to her doctor appointments as well as helps her with all necessary errands. Every-night, Daniel also helps our mother walk up the stairs to her bedroom, as she cannot do it on her own due to needing a knee replacement. As he was for our father, Daniel is also still there for our mother in every regard, everyday.

Daniel always made it a point to spend as much time together with family as possible. He is a loving husband, and his daughter Emilia, is the absolute light of his life. He would bring her everyday, if not every other day, to make sure she could spend as much time as possible with her grandparents, and Daniel still continues to bring Emilia everyday when possible to see our mother. Every moment of his day and life is based around making sure his daughter and our mother is ok and happy. This completely reflects back in his daughter as she talks about her father like he is her hero. Just recently, he started taking her to race go-karts where we discovered she has a natural talent. At 6 years old, her first time at the track she was able to post

the same lap time as the local junior league champion who is a 9 year old boy. I wish I could express how proud Daniel was when that happened. The fact that Daniel finds the time to help our mother, handle his obligations, and still be an amazing father everyday astounds me.

This past summer, we were driving back together to our mothers house where we were pulling up at a stop sign when Daniel noticed an older lady with a petite female trying to help the older lady out of a car.  They were in their house's driveway, and the petite younger lady could not get the older lady out of the car and into a wheelchair by herself. When she came close, the wheel chair rolled away, and the petite lady dropped the older lady back into the car. Daniel immediately pulled over to help. He asked if they would allow him to help pick her up and place her in the wheelchair, which they gratefully obliged. He placed her in the wheelchair and helped roll her up the incline so that it would be easier for the petite lady. Little things like these are the best way I can help to convey, who my brother truly is. He takes the traditional values that our father emphasized to heart, and shows this by how he tries to help others, both family and random.

The result of this case has already caused an unfathomable amount of lifelong pain and distress not only for Daniel, his wife and daughter, but also for our mother and entire family. Please consider Daniel's true good person as a loving father, husband, son and brother when sentencing. I immensely appreciate your time, and am very grateful to you for taking a moment to read this letter.


Most Sincerely,
John Paul Urquiza
60 E Monroe Unit 5604
Chicago, IL  60603
773-457-4147
johnpaulurquiza@yahoo.com