October 25, 2021

Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

Re: Daniel Urquiza

Dear Chief Judge DeGuilo:

I am writing on behalf of my cousin, Daniel Urquiza, as he prepares for his sentencing.  I hope the Court will have mercy on Daniel, a good man with no malevolence towards anyone, and who is a dear friend and family member to many around him.  In time, I am certain you will know him to be the same wonderful person that I know.

I am his older cousin who grew up with him in South Holland, Illinois.  His late father and my father were brothers who immigrated from Argentina at different times.  Daniel's family brought my parents and two sisters to the United States when I was six years old, and we grew up to be as close as brothers.

I joined the Navy at 18 and then went to college, which prepared me for a business career away from the Greater Chicago area.  Though I have since lived away from the area (currently in the Kansas City region), I remain close to Daniel, his brothers and his mother who are all dear family members to me and my family.  I have had the great pleasure of meeting his wonderful wife and daughter who are the most beloved people in Daniel's life.

My fondest memories of Daniel were when we both returned to Argentina as teenagers along with his older brother, Sergio Urquiza, to visit our grandfather at his ranch.   We had many enjoyable moments with our extended family and friends, and we grew closer in our friendship.

In all of our interactions, I have known Daniel to be a very decent person with warmness towards all around him.  That was true of him as a child, as an adolescent, and it is true of him today as a grown man who remains a great cousin, but more importantly, he is an exemplary father and husband, and he is a highly devoted son.

I have observed how deeply he loves and cares for his young daughter, Emilia, and how close they are.  I have seen him tend to his mother with great love, patience and kindness during very challenging times with her health.  He is emblematic of what a good son is towards his mother which inspires me to want to be a better son.  Perhaps there is no better demonstrated example of his love, devotion, kindness, loyalty and so many other virtues than when he stood by his ailing father's side during several painful weeks as he was fighting for his life.

Daniel tended to him for hours per day and worked diligently with the hospital staff who were trying to save him from his illness.  He never gave up on his will for his father to recover, even when others had.  He took him to different locations including the Mayo Clinic in Rochester, Minnesota and refusing to take "No" for an answer in search of a cure.  My uncle's ultimate death affected Daniel in a profound way that resonates

with me to this day, three years after his passing.  His death wounded Daniel, and his loss has brought him a new perspective on the areas of life that matter most.

With respect to Daniel's virtues, in addition to his demonstrated qualities noted above, I have known him to be a very hard worker.  I have seen him busing tables, answering phones, washing dishes, tending the bar and so much more for the family business on a consistent basis for several hours each day.  His humility resonated with me at a very young age.

I am aware of the news accounts that describe Daniel's charges which I, as an accountant, can appreciate the Court's concerns for redress, and I have no doubt he will work to fulfill his civic duties as the Court determines.  His family has lived through an agonizing time as he awaits the Court's decision on his sentencing.  I appeal to the Court's mercy as his family awaits the decision.  In particular, I worry about the impact on his daughter should he be separated from her as a result of a detrimental sentence.  I also worry about his aging mother who is in poor health and who lives in agony amidst the uncertainty of an unfavorable outcome.  I humbly request that the Court consider Daniel's family and the impact to an innocent child when rendering a decision.

Thank you for your consideration.  I hope and pray that this painful moment in our family's history will soon come to a peaceful and fair conclusion and that the Court will show mercy for a good man's fate.

Sincerely,

*Hector Urquiza*

Hector Urquiza
8006 W 166th Terrace
Overland Park, KS 66085
(913) 787-0964
hectorurq@gmail.com