September 28, 2021

Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

*Re: Daniel Urquiza*

Dear Honorable Judge DeGuilo,


My name is Eric Ganz, a close friend of Daniel Urquiza, for over 30 years. Foremost, I would like to thank you for taking the time to read this correspondence.   I imagine you receive character letters on a regular basis and if everything you read was indicative of the responsible party, well, I suppose there wouldn't be a need for proper repercussions. I wasn't prompted by Daniel to address you, your honor…When I had heard from Daniel that he was involved in an unfortunate situation, I asked if I could assist and write a letter to you. Please understand what I write comes from my heart, and 30 years of experience knowing Daniel and his family.


What I can attest to regarding Daniel, is that he is a model family man who believes in being raised as a respectable member of the community. His father Sergio was Daniel's role model, who instilled solid values and passed along his tireless work ethic. I was always impressed how hard Daniel worked and lived up to what his father meant to the family and the community. When I first met Daniel, all I knew was that his family lived in Meyer's Castle. After becoming friends and getting to know his family, I really understood how hard they worked to make ends meet. We would often see his family at St. Joseph's in Dyer for Sunday mass, where Daniel and family would consistently give back to the less fortunate. Even my father, a relentless cynic, would praise what the Urquiza family meant to the local community. While it may have been easy for Daniel to build upon the business his father had established, he always wanted more for his wife Orienta and daughter Emilia. Daniel worked hard to create several successful ventures and stepped in upon his father Sergio's untimely passing, to support his mother in her time of need. That is the great thing about Daniel, is that he embraces responsibility and thrives in the position of modeling hard work and dedication to his family.


Responsibility has its downside and that is what I believe to be one of Daniel's shortcomings. While I know he is ALWAYS there for family and friends, he sometimes takes too much on and it wears on him. I could see it on his face when I saw him last week. It had been several months since we saw each other, once the news broke about this situation. Although we talked and texted regularly, I know he felt terrible that he had let his family and friends down. This is not the Daniel Urquiza I have known for so many years. I truly believe in my heart that Daniel let his responsibilities to his family overshadow the details that needed to be focused on in his line of business. I have seen Daniel, Orienta and their young daughter Emilia suffer to the worst extent the past six months. His mother Elizabeth, who relies so much on Daniel, looks utterly lost, not knowing who will be there for the family.

Your honor, by no means is this correspondence written to deflect blame or make excuses for Daniel Urquiza. He will gracefully pay back his debt in whichever way you see just. I do ask you though to consider my 30 years of knowing Daniel to be more the reflection of who he is as a person and trust what he means to his family. I ask you on behalf of Daniel's family and good friends, he is a good man who seems to have fallen victim to lack of detail. Please have mercy on Daniel and his family during this difficult time.

    Sincerely,

*Eric A Ganz*

Eric A. Ganz
219-201-5375