Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

9/23/21
Re: Daniel Urquiza

Dear Chief Judge DeGuilo:

My name is Mercedes Urquiza Parrilli   I'm 51 years old and a senior stylist and educator at Tricoci Hair Salon and Spa.  I am married and we have a 14 year old daughter.

I've known Danny since he was 2 years old and I was 7 years old.  I met him for the first time when my family moved to the United States in 1977.  Danny's father and my father were brothers. My uncle was a very loving, supportive, and optimistic man. My uncle's family was his everything.  They were a very united family and he took great pride in his family. My uncle became a true entrepreneur to provide the "American dream" for his family.  My uncle passed away on October 11, 2019.  Danny loved his father very much and was completely devastated after his passing.  He looked up to his father and they were extremely close.  He learned the importance of family and how to be a loving husband and father from my uncle.  Dan has also developed his extremely tenacious work ethic from his parents.

He cared for my uncle until his last breath. He took him to every doctor in the country that had an ounce of hope that his father could survive.  Dan has a heart of gold and will give anyone the shirt off his back to help them out.  His core is good and loves until it hurts.

He was always inseparable from his mother and father. Now that my uncle has passed, Dan continues to be the son that cares for his mother entirely.  Always present and anticipating anything she needs from food to her health, which is suffering. He is always there for her from doctors' appointments and her upcoming surgery on November 18.

If only you could see him interact
with his daughter, Emília.  Emília is his world and he is hers.  From the moment she was born he has been a doting and hands-on father. I remember he told me, "I'm going to protect her my entire life."  He would often bring Emília to my father's house, where we always gather.  He would change her diapers, feed her and rock her to sleep. If there were the slightest breeze, he would ask me, " Merc, do you think she needs her sweater?"  This is Dan, always anticipating how he could help make your life better in any way possible.

He is my cousin but literally, he has always been my brother and my friend.  When I was going through a divorce, he would frequently call me and pick me up and take me to dinner and listen to me. It was all to make sure that I was ok and never down.  Also, if I was ever driving home alone he would always drive behind me to make sure I got home safely.

He is a good man and he is needed by his 6 year old daughter and his ailing mother.  He means everything to them.

Sincerely,
Mercedes Parrilli
3100 Cranston Court
Wilmette, Illinois
60091
773-617-8225
mercedesparrilli@gmail.com