September 20, 2021

Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

Re: Daniel Urquiza

Dear Chief Judge DeGuilo:

My name is John C Parrilli. I am 51 years old and currently live in Wilmette, IL. If asked, I would say that the most unique part of my life was when I accepted a work assignment in the financial industry and relocated with my family to Hong Kong for 3 years. It was a great experience and continues to have a positive effect on our lives.

I have known Daniel Urquiza for almost 20 years. At first, we knew each other socially and over time became closer as I married a relative of his. Throughout this time and until this day, we remain close friends. I think we are similar in that we both have the ability to relate well with people. Over the years we have interacted numerous times discussing a wide range of topics like family, fatherhood, work, and hobbies to name a few.

The period that stands out most to me in my relationship with Daniel is the summer of 2017 when we returned to Chicago from Hong Kong. I assumed that it would be an easy transition back to my old life and I would pick up where I left off in my career in finance since I gained international experience. What I eventually discovered was that it would be extremely difficult to restart my career locally and I spent most of the next year unemployed and desperately looking for a job. During this time, I interacted with many friends and colleagues seeking both advice and help in my job search. Although our careers and backgrounds were completely different, Daniel was extremely supportive and put a lot of effort into trying to help by introducing me to every person he knew with a remotely similar background. What I really appreciate when I reflect upon this time is that I never asked Daniel for help. He just did it because he knew our situation and truly wanted to see it get better. At the time I had numerous contacts who I have had good relationships with and even mentored in the past that did not give the effort Daniel did while expecting nothing in return. Although my situation improved over time and Daniel's introductions did not lead to me getting a job, I have always been grateful for the intention and the selfless effort.

As a husband and father of teenage daughter who recently started high school, I understand the importance of being present and playing an active role in my family's life. Over the years I have witnessed Daniel become a husband and father. Like myself, I feel he understands the importance of always being there and doing his best to

support and provide a happy home. He has a very strong bond with his wife and daughter, and I am sure that it will continue to grow over time.

I cannot begin to imagine the pain and stress that Daniel's current situation has brought upon his family. I referred to what I felt was a stressful period of my life earlier and the support of family helped me get through it. I do not know what Daniel's immediate future holds, but I do know that his core is good and his family needs and depends on him.

Please do not hesitate to contact me if there are any questions or topics that need clarification.

Sincerely,

John C Parrilli
3100 Cranston Ct
Wilmette, IL 60091
Mobile: 773 459 6429
johnp2014hk@gmail.com