September 17, 2021
Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant
Courthouse
204 South Main Street
South Bend, IN 46601

Re: Daniel Urquiza

Dear Chief Judge DeGuilo:

My name is Rocio Urquiza Halloran. I am 46 years old. I am a wife and mother to my 8-year-old daughter and 6-year-old son. I am an elementary school teacher, I have been an educator for 23 years in the state of Illinois. I have known Daniel almost my whole life since we moved to the United States in November of 1977. I have always referred to him as Danny. Danny is my cousin and someone I have considered a dear friend since we were very young since we are so close in age. We've grown up together in a very united family. We grew up living two blocks away from one another in South Holland. We both graduated together from Lake Central High School.

There is so much I can say about my cousin. I will start by commending Danny and his ability in having strong and long-term friendships. Danny continues very close friendships with his childhood friends from the Argentine community. I also know that he maintains the same close friendships with his high school friends. They all have developed a brotherhood. They have been present in his life for all of the important moments, good times, and hard times. They have all grown up together, it is very admirable.

Danny has always been a very hard worker. His father, my Uncle Sergio, has always guided Danny and his brothers. Showing him the importance of a good work ethic and teaching him the ins and outs of the different family businesses. He has helped tremendously with the family business from a very young age to the present. He fills in any and all spots when necessary. He is willing to serve, host, bartend, set up tables, etc., whatever it takes to make sure that everything is running accordingly. He continues to help his mother, my Aunt Elsa, endlessly. He is still always present and helping with every task.

One of the most endearing moments to witness is how Danny cares for his mother, my Aunt Elsa. He treats her with such love and tenderness. He cares for her business, her health, and her wellbeing. Danny makes sure that she makes all of

her doctors' appointments. He takes her to the hair salon to help her feel special and keep her well kept. He makes sure that her refrigerator is fully stocked with healthy foods. He also makes sure that she is always safe at home. I have witnessed how he cares for her, making sure she has the warmest coat for our cold winters. He doesn't miss a detail making sure that she has everything that she needs to be comfortable.

The way that he took care of my uncle when he was ill, is one of the more beautiful memories that I have during such a sad time. Losing my uncle was a terribly painful loss to our family. He was a man with a heart as big as this world. Family was the most important thing in his life. He always wanted to make sure that all of us were ok. He would bring our family together and create great memories, traditions, and many, many laughs. I see that Danny has developed so many of my uncle's qualities. Danny was literally by uncle's side and taking care of him, every possible moment he could be when he was ill. He was by his side at his home and he was by his side at the hospital. He would make sure that he was comfortable, always in communication with the doctors and nurses about my uncle's state. He would talk to him and share moments with him as a way of keeping him alert. He cared for him with such love and affection.

Another wonderful characteristic of Danny is that he is an incredible family man. He provides for his family and loves them very much. He is truly a devoted father to his daughter Amelia. He takes her to school every day. He tends to her every need and want. I have watched their interactions. When he looks at her, it is filled with so much enjoyment, pride, and love. When Amelia talks to him, it is with absolute trust, comfort, and also love. Their bond is unmatched. It's beautiful. I can only imagine the damage and pain that would be caused if there were separation for any long periods of time.

I pray that you show Danny mercy. He is a very loved man by his family and friends. He is also an important part of their lives who is very much needed in their lives.

Thank you so much for your attention.
Sincerely,

Rocio Urquiza Halloran
216 N Highland Ave
Elmhurst, Illinois 60126
847-727-1898