Hon: Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601


Re: Daniel Urquiza


Dear Chief Judge DeGuilo,

My name is Olha Dzhur. I am 29 years old. Daniel is my brother in law as I am married to his younger brother John Paul Urquiza.

I have known Daniel since 2013 (more than 8 years) and I can say from the bottom of my soul that he is a very good, decent person with the biggest of hearts, for whom his family and their well-being in all aspects is the most important thing in the world.

Watching him all these years, I saw how good of a father he is to his daughter Emilia.  These are not just words, but true facts, because I compare him with my own father, whom never cared about me or my fate.  If small children, as Emilia knew how to compare, judge, evaluate people as adults do, she would now understand how lucky she is to have father like Daniel Urquiza, because a lot of kids don't have even half as good.

Daniel spends 24/7 with his daughter when she's not at school.  I almost never see him without her: he dresses her up, combs her hair, prepares food for her, takes her with him on all trips, go for a walks at the park, teaches her and does everything possible to ensure her a good memorable childhood.

When, in 2018, Daniel's father Sergio fell ill and was dying, it was Daniel among all the family members and three brothers who spent the entire days in the hospital by his bed.  When I visited there, there was not a single time when I did not see Daniel next to Sergio's bed helping him with the hopes till the end that he will recover.

That time was extremely difficult and tiring for everyone, but Daniel put caring for his father above everything else, completely without thinking about his own health and the fact that he needed at least to go home for a day and get some sleep.  He literally lived in a hospital for months.

With Daniel's mom (my mother-in-law) we have a common problem.  We are both afraid to drive and both don't have a driver's licenses. And just like I need my husband, John Paul to drive me everywhere, so that I don't feel like handicapped  when I need to get somewhere - Daniel's mother Elizabeth completely depends on her son, since he is the one who helps her with all her daily essential needs. Without Daniel, his mom Elizabeth, won't even be able to go grocery shopping or see a doctor. She now has knee problems and has difficulty walking up and down stairs. Daniel is the main person who helps her with wedding business, which will not be able to exist if Daniel cannot be there.

I also remember the time when my husband John Paul was away for work, and Daniel, despite the fact that it was completely out of the way for him, took me to work and back (from Illinois to Indiana) multiple times spending several hours a day in his already very busy schedule.

He is also a person who somehow managed to get me an appointment with a very good doctor who is beyond difficult to get an appointment with. I lost my hearing and am hearing impaired. I was desperately looking for help with finding a good doctor. This doctor that Daniel recommended was able to find the reasons why this happened to me when every other doctor that I saw did not know what to say about what happened to my hearing for more than three years.  If not for Daniel, then I probably still would not know. I am only his sister in law, and became a part of his family very recently, he did not have to take all these additional steps and time to help me, but he did without me even asking. He just knew that I needed help.

The situation that Daniel has had to face this year has left all of his entire family, including me devastated. We all pray for him, and we hope for the best, because if Daniel has to be absent for a while due to possible punishment, which we all really hope will not happen, it is very sad to imagine how bad this will reflect on his old mother, loving wife, and how difficult it will be to explain to his beloved daughter Emilia why dad has to leave.

Thank you so much for taking the time to read this letter.

Sincerely,

Olha Dzhur
60 E Monroe St,
Unit 5604
Chicago, IL 60603
(850) 319-4403

Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

Re: Daniel Urquiza

Dear Chief Judge DeGuilo:

My Name is Timothy Sayles. I am a lifelong Hoosier and have worked in many industries, inclu[ding] restaurant business. That is where I met Mr. Daniel Urquiza. I was probably about 15 and very [good] friends with his younger brother. I worked for their father, Sergio, and then later I worked for [Daniel] directly. We worked together for about 5-6 years. I can tell you from close personal and profes[sional] experience that Daniel is a kind and generous person. Many times, he would show patience an[d grace] when others in the room were not (myself included). As we were working in the restaurant bu[siness] there are always problems with staffing and their problems from home coming to work. Danie[l was] always accommodating, especially when it came to childcare.

I have known The Urquiza Family for almost twenty-five years. Their father (God rest his Soul) [was a] mentor to me and is a person that I hold in the highest regard. Daniel's Mother is like a second [mother] to me, she is an incredibly talented and intelligent person. Daniel's brothers Sergio Jr. & John [I] consider to be close personal friends. They as a family are good, honest, hard-working people. [Very] generous with their time and resources. Daniel is just like every other member of his family. H[e works] tirelessly. He expects much of himself and is very forgiving of others. This trial has put and eno[rmous] weight on his family and would be too much to bear for many. Please take these points into consideration when considering the penalty that you wish to serve Daniel. Thank you for your [time].

With regards,

*Timothy O. Sayles*

Timothy O. Sayles
106 Weston St.
Valparaiso, In 46385
219.488.4562
Timothysayles77@gmail.com

Sept 27, 2021

Hon Jon E. De Gulo
U.S. District Judge
124 Robert A. Grant Courthouse
204 S. Main St
South Bend IN 46601

Re: Daniel Urqueza

Dear Chief Judge De Gulo

My name is Ellen Bortz. I'm 59 years old. I have been married to my husband Joe for 35 years. I have lived in Schererville IN for over 30 years. I have two sons. My oldest is married with a 3 month old daughter. He lives in Schererville with his wife. My youngest son is single living in California. I recently resigned from the Horseshoe Casino in Hammond. I worked there 24 years. I had perfect attendance for my first 10 years. I have received many awards for great team work and customer service.
In 2009 I was awarded the Eastern Division Chairman's Award from Harrah's entertainment for Superior Guest Service.

Scanned with CamScanner

I moved to Indiana in 1993.
I got a job working at Myers Castle as a banquet server.
The Urquiza family were just starting to increase their banquet business. I saw they were a hard working family. Sergio and Elizabeth had 3 sons Sergio, Daniel whom I always called Danny and John Paul. Everyone in the family worked hard together to make the business successful. Danny was just a teenager. He was very eager to learn things from me. I worked in a few banquet halls before Myers Castle. We all worked hard together to get the room set up beautifully.
Danny was always there for my assistance. If he would see me carrying something heavy he would always run to me saying Hey, Hey Hey let me get that. Danny this guest needs a different chair, he would run and get a new one. Danny this is undercooked for this guest, he would run and have it fixed. Danny they need glasses at the bar. He helped keep the valet guys in line. You name it Danny was helping and learning the business. I always remember at the end of the night Danny standing proudly watching all the guests enjoying themselves.

Scanned with CamScanner

Danny was always very upbeat, positive and respectable. He was a role model for the other young working staff!

I left working Myers Castle in 1996. I started working at the Casino. Occasionally I would run into Danny at the grocery store. He always greeted me with a smile and big hug. He was always picking up a few items for the chef. He was helping out his parents. Danny always asked how my family was.

I lost contact with the family for many years. One night Danny brought his future wife and parents into the steakhouse where I was working. It was great to see everyone.

I told them my boys were all grown up and I like to walk the park in the mornings.

Danny encouraged me and his Mom to start walking together. We did. We became very close friends

Scanned with CamScanner

Elizabeth does not drive. I started picking her up. We would go for walks some days shopping. One Wednesdays we would go to morning Mass. We would walk and share stories of our sons. Elizabeth was proud of all her sons. She was always talking about Danny.

Danny was now married to his beautiful wife and had a daughter. He loved being a family man. He worked with his wife at the Lost Marsh. Elizabeth would tell me how they would alway have the baby with them in the playpen at work. Danny was also helping out at Myers Castle. Always running back and forth to help his parents in any way.

My Mom became ill a few years into our friendship. My Mom moved in with me. I was her main care giver till her death in 2019.

Elizabeth and I would still talk once a month sharing our up and downs.

Elizabeth told me her husbands health was failing. She told me

how much she was relying on Danny. He was helping her run her business. He was always running back and forth to the Docters and hospital with his Dad. Danny was Elizabeths right hand man. It was heart wrenching for Danny to see his father becoming so weak. Danny was under so much stress. Taking care of his family, running back and forth to help his Mom.

When Danny lost his father in Oct 2018, it was heartbreaking for all the family.

Danny was worried sick about his Mom. Danny didn't want his Mom alone in the house. He would stay over night a few nights a week. He would have his Mom stay over weekends at his home. He would have to drive his daughter to school and go back to take his Mom to the Dr or shopping. He would peckup his daughter from school. He would sometimes bring his daughter to spend the night.

I know Danny was under a lot of stress helping his Mom. Danny alway had a smile on. He would do whatever he could for her.

After my Mom passed I started picking Elizabeth up again. We would go to church or go shopping.

I can say everytime we went out Danny would be calling to check on his Mom. Mom where are you? Mom do you have your hat and scarf on that I bought you?

Mom what time will you be back? Call me I will be in the house to help bring in the groceries.

If anything broke down in the house Danny would be the one to find the repairman. He would make sure the job was done right for his Mom.

Scanned with CamScanner

Covid struck and I stopped seeing my friend Elizabeth. We would talk on phone again to maintain our friendship.

She was having pain in her knee. Danny would take her to the Dr. Danny took her for her therophy.

She now needs knee replacement surgery. She is going to need Danny more than ever to help her.

I know Danny would like to be with his Mom for the surgery. I know Danny will want to nurse her back to health.

Danny alway has been the son to go above and beyond for his parents.

I cannot say anything bad about Danny. Every Mother should be so lucky to have such a caring son. Danny has a very loving heart.

It would kill him if could not be there to help his Mom.

Scanned with CamScanner

I am praying your Honor that you see how much my friend Elizabeth needs her sons help. Danny loves his wife and daughter so much. They all are an important priority to him.

Daniel is a good person.

Sincerely

Ellen Bortz
2449 Springhill Dr
Schererville In 46375
219-895-1049

Scanned with CamScanner

*Hon. Jon E. DeGuilo*
*U.S. District Judge*
*124 Robert A. Grant Courthouse*
*204 South Main Street*
*South Bend, IN 46601*

**RE: Daniel Urquiza**

9/23/2021

Dear Chief Judge DeGulio,

My name is Carolyn and I have been working at Meyers Castle since the summer of 2019. I mainly work in the office and oversee events as coordinator.

Daniel and his mother, Elizabeth, are very present at Meyers Castle and I have had the pleasure getting to know both since I was hired in 2019. Both Elizabeth and Daniel have always showed me kindness and gratitude. I've witnessed the same kindness and gratitude towards all the other employees as well. Danny makes a strong effort to converse with all his employees not just about work, but their life outside of the Castle as well.

I have also had the pleasure of meeting Danny's daughter, Emilia.
Emilia has become somewhat of a "summer intern" coming to work with Danny at the Castle. She helps us in the office with drawing pictures for staff, brings us candy and always makes us laugh. She is always sharing stories about her daddy and all the fun things they do together. She loves riding the golf cart and going swimming with her dad. You can tell by her stories how much she idolizes and loves him.

I have also witnessed the great care and attention Danny provides to his mother, Elizabeth. He takes her to doctor appointments, grocery shopping, and helps manage the business daily. Danny is always at the Castle running errands for his mom and spending time with her. You can tell she genuinely loves having Danny around and appreciates everything he does for her.

Throughout this case, online articles & newspapers have highlighted Danny and the Urquiza Family in a negative light along with Meyers Castle. We have had countless questions and phone calls about this subject – even losing new clients and new employees because of it. However, the majority of the staff has worked for the Urquiza Family for many years and are still working for Danny and his family

Scanned with CamScanner

today. I believe those who truly know Danny know what a great person he is and that translates to the loyal staff that has stayed working for him.

I believe Danny and his family have endured enough pain, anguish, and embarrassment through this matter. I ask that you kindly think about Danny's family, friends, and employees moving forward with this case and understand what a vital role he has at the Castle.

Sincerely,

*Carolyn Notter*

Carolyn Notter

708.595.2182 - carolynnotter@gmail.com

Scanned with CamScanner

9/25/2021

Hon. Jon E. DeGuilo
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

Re: Daniel Urquiza

Dear Chief Judge DeGuilo,

My name is Srbislav Brasovan. I am 85-year-old, board certified obstetrician and gynecologist in practice for 52 years in Northwest Indiana. I retired from active medical practice in January of this year. I have known family Urquiza for last 25 years, and I proudly can call Daniel's late father Sergio my best friend. Through my frequent visit to their home, I had oportunity to know and interact with all his children and specially with Daniel.
Daniel was extremely intelligent and serious young man, always helping his parents in their business selflessly putting endless hours of hard work without ever complaining.
Later in his life after starting his own businesses Daniel worked with same enthusiasm and devotion not only looking for his own gains and success but compassionately carrying for his employees, that I was called upon to take care of, at the time of their need.
Daniel showed exceptional love and respect for his parents and experienced severe anguish and sorrow at the final hours of his father being at his side. I personally had oportunity to witness that since I was present during the late Sergio's last hours.
As a husband and as a father himself Daniel continued carrying and loving relationship that he inherited from his parents. During the endless hours of bereavement after the loss of their first child I was frequently providing my medical advice and consoling to the couple, witnessing Daniels's devotion and tenderness.
Daniel always impressed me as person of strong character, integrity, respect for others, and generally as a responsible citizen, despite his recent transgressions.

Sincerely,

*[signature]*

Srbislav Brasovan, M.D.; F.A.C.O.G
5204 East 109Th Place
Crown Point, Indiana 46307
Tel: 219 688 2302
E mail: srbabrasovan@gmail.com

September 28, 2021

Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

Re: Daniel Urquiza

Dear Chief Judge DeGuilo:

My name is Anna Urquiza. I am a retired executive of GE Capital with a forty-year background in risk management and commercial real estate finance. I have known Danny Urquiza since he was born. First as my second cousin (his mother, Elizabeth, is my first cousin) and then as my nephew of 31 years after I married his father's brother, Hector Urquiza.

Danny has always assisted his parents in the operations of Meyer's Castle, a restaurant and wedding venue in Dyer, IN. At a young age he valeted cars. Since his father's (Sergio Urquiza) death in October 2018, he has been the primary family member in assisting his 76-year-old mother with maintaining the business as a going concern. Since she does not drive, he is also her primary source of transportation, regarding any business matters but more importantly for doctor's appointments. She is a recovering breast cancer survivor.

His support to his parents prior to Sergio's death was immeasurable. Sergio needed a kidney and liver transplant which never materialized. Danny was by his father's bedside and chauffeured his mother throughout the two years of his illness and the difficult hospital stays. During this time, he was instrumental in managing the family business.

Additionally, his wife and daughter, Orenta and Emilia, rely on Danny. I have never seen a father as attentive, protective and loving as he is. At family gatherings hosted at our home he constantly watches over her to insure she is safe in the pool, around the dogs or horses on the property.

Sincerely,

Anna Urquiza
14928 109th Ave.
Dyer, IN 46311
312-218-3930 (Cell)
annaurquiza@sbcglobal.net

October 28, 2021

Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

Re: Daniel Urquiza

Dear Chief Judge DeGuilo:

Mi nombre es Hector Horacio Urquiza, conozco a Daniel Urquiza porque es mi sobrino, soy hermano de su padre Sergio Agustin Urquiza, ya fallecido.

Daniel es muy buena persona de sentimientos muy profundos, un solido pilar que sostiene la moral y espiritu de su familia, asi lo fue con su padre en los momentos tan diciles y de tanto sufrimiento de mi querido y extranado hermano y asi lo es en la actualidad apoyando moral y fisicamente a su querida madre.

Daniel es la persona que muchos padres quisieran, un muy buen hijo.

Daniel es el padre que muchos hijos quisieran tener, protector y muy afectivo con su hijita Emilia que adora a su padre.

Respetado Juez De Guilo le ruego por favor considere la situacion familiar de mi sobrino, porque seria desvastador, especialmente para su hijita y su madre con problemas de salud separarlos.

Daniel es buena persona, corregira sus errores y sera un responsible ciudadano.

Sincerely,

Hector Urquiza
14928 109th Ave.
Dyer, IN 46311
210-765-6988 (Cell)
bochaurquiza@yahoo.com

**English Translation of Letter of Hector Horacio Urquiza**

October 28, 2021
Hon. Jon E. DeGuilo
United States District Judge
124 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

Re: Daniel Urquiza

Dear Chief Judge DeGuilo:

My name is Hector Horacio Urquiza. I know Daniel Urquiza because he is my nephew, I am the brother of his father, Sergio Agustin Urquiza, who is now deceased.

Daniel is a very good person with very deep feelings, a solid pillar that supports his family, just as he supported his father in such difficult moments of so much suffering and just as he continues today supporting morally and physically his beloved mother.

Daniel is the person that many parents would like, a very good son.

Daniel is the father that many children would like to have, protective and very affectionate with his little daughter Emilia who he adores her father.

Respected Judge De Guilo, please consider my nephew's family situation, because it would be devastating, especially for his little daughter and his mother with health problems to separate them.

Daniel is a good person, he will correct his mistakes and he will be a responsible citizen.


[*signature*]