# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Chanda J. Berta, Acting Clerk of Court                               www.innd.uscourts.gov

February 2, 2023

Clerk, U.S. District Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE:   Name of Defendant: Daniel Urquiza
      Our Case Number: 2:21CR64-1
      Your Case Number:

Dear Clerk:

Initial Transfer Out
☒   Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return a certified original to this office after jurisdiction accepted. Upon receipt, we will forward certified copies of the pertinent documents to you, or advise you how you may obtain them.

Final Transfer Out
☐   Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the Northern District of Indiana to your District, charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Ledger.
                                         or
☐   Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the Northern District of Indiana to your District, along with a copy of the Financial Case Ledger. Copies of the docket, charging instrument and judgment may by obtained via pacer from www.innd.uscourts.gov

Transfer In
☐   Enclosed please find Probation Form 22 (certified) indicating that our court has accepted jurisdiction. Please forward certified a Financial Case Ledger and copies of the charging document (complaint/ indictment), Judgment & Commitment Order, Docket Sheet or advise us if these documents are accessible via pacer.

                                         Sincerely,

                                         Chanda J. Berta, Acting Clerk Of Court By:

                                         J. Barboza

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • Room 105• Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6314